I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:        DATE:    DEPUTY CLERK:

Petitioner May 1, 2015 by DV



FILED
CLERK, U.S. DISTRICT COURT
May 1, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: D.V  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAMIRO BURGOS, JR., <br><br> Petitioner, <br><br> v. <br><br> RANDY L. TEWS, Warden, <br><br> Respondent. | No. ED CV 14-01743-JVS (DFM) <br><br> Order Accepting Findings and Recommendation of United States Magistrate Judge |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

   IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: April 30, 2015

_____
JAMES V. SELNA
United States District Judge