I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:  DATE:  DEPUTY CLERK:

Petitioner May 1, 2015 by DV



FILED
CLERK, U.S. DISTRICT COURT
May 1, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: DV  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAMIRO BURGOS, JR.,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>RANDY L. TEWS, Warden,<br><br>　　　　Respondent. | No. ED CV 14-01743-JVS (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: April 30, 2015

_____
JAMES V. SELNA
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY　DV　DEPUTY